[Docket No. 7]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| RLS DISTRIBUTION, INC. d/b/a RLS LOGISTICS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN SMALL d/b/a SMALL TRANSPORTATION, LLC and SHAWN STEVENS,<br><br>    Defendants. | Civil No. 16-3714 (RMB/JS)<br><br>**ORDER** |

THIS MATTER having come before the Court upon the Motion for Default Judgment by Plaintiff RLS Distribution, Inc. d/b/a RLS Logistics (the "Plaintiff") [Docket No. 7], seeking the entry of a default judgment against Defendant Stephen Small d/b/a Small Transportation, LLC ("Defendant Small") pursuant to Federal Rule of Civil Procedure 55(b)(2); and the Court having reviewed the Plaintiff's submissions; and the Court having received no opposition to the motion; and for the reasons set forth in the accompanying Opinion issued on this date,

IT IS HEREBY on this **8th** day of **November 2016**,

**ORDERED** that the Plaintiff's Motion for Default Judgment against Defendant Stephen Small [Docket No. 7] is **GRANTED, in part, and RESERVED, in part**; and it is further

1

**ORDERED** that the Plaintiff's Motion for Default Judgment against Defendant Stephen Small is **GRANTED as to liability only**; and it is further

**ORDERED** that the Court's determination as to the Motion for Default Judgment is **RESERVED as to damages only**; and it is further

**ORDERED** that, **on or before November 18, 2016**, Plaintiff shall show cause why the above-captioned matter should not be dismissed without prejudice as to Defendant Shawn Stevens for failure to effectuate timely service under Federal Rule of Civil Procedure 4(m); and it is further

**ORDERED** that, **on or before November 29, 2016**, Plaintiff shall submit to the Court its documentation and information in support of its claim for damages.  Upon review of the submissions, the Court may, in its discretion, schedule a damages hearing.

                                         s/Renée Marie Bumb\_
                                         RENÉE MARIE BUMB
                                         UNITED STATES DISTRICT JUDGE